IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E. AARON ENTERPRISES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TABLOID GRAPHIC SERVICES, INC. | : | NO. 02-3190 |

**O R D E R**

      AND NOW, this 8th day of July, 2002, it is Ordered that the Rule 16 Conference scheduled on Tuesday, July 9, 2002 is RESCHEDULED to Friday, August 2, 2002 at 4:30 p.m.


ATTEST:                                    or   BY THE COURT


BY:_____               _____
    Carol D. James, Deputy Clerk                 MARY A. McLAUGHLIN,   J.


mailed from chambers on 7/8/02:
   Gregory Marchesini, Esq.
   David E. Stern, Esq.


Civ 12 (9/83)