```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


E. AARON ENTERPRISES, INC.      :      CIVIL ACTION
          Plaintiff             :
                                :
     v.                         :
                                :
TABLOID GRAPHIC SERVICES, INC.  :
          Defendant             :      NO. 02-3190
```

### FIRST SCHEDULING ORDER

AND NOW, this ____ day of August, 2002, following a status conference in the above case, IT IS HEREBY ORDERED that all discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by November 1, 2002.

                              BY THE COURT:


                              _____
                              MARY A. McLAUGHLIN, J.