IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
E. AARON ENTERPRISES, INC.      :    CIVIL ACTION
            Plaintiff           :
                                :
        v.                      :
                                :
TABLOID GRAPHIC SERVICES, INC.  :
            Defendant           :    NO. 02-3190
```

## SECOND SCHEDULING ORDER

AND NOW, this      day of September, 2002, whereas there was a status conference in this case on August 2, 2002, whereas the parties stated at this conference that they wanted this case tried before a United States Magistrate Judge of the District Court, whereas the Court has been informed that the defendant no longer wants to have this case tried before a Magistrate Judge; the Court now issues a full scheduling order for this case.  IT IS HEREBY ORDERED that:

1.  Pursuant to the Court's First Scheduling Order dated August 2, 2002, all discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by Friday, November 1, 2002.

2.  Plaintiff shall serve reports of liability expert witnesses and/or respond to expert witness discovery relating to liability at least thirty (30) days before completion of discovery.

Plaintiff shall serve reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages at least fifteen (15) days before the date for completion of discovery.

    3. Defendant shall serve any reports of liability expert witnesses and/or respond to expert witness discovery relating to liability on or before the date for completion of discovery. Defendant shall serve any reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages within eleven (11) days after the date for completion of discovery.

    4. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before Friday, November 22, 2002.

    5. The Court will hold a final pretrial and settlement conference on Monday, January 13, 2003, at 4:00 p.m.

    6. Trial in the matter will commence on Thursday, January 23, 2003 at 9:30 a.m.

    7. All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this order and Local Rule of Civil Procedure 16.1(c) as follows:

        A.    Plaintiff - fifteen (15) days before the final pretrial conference;

        B.    Defendant - five (5) days before the final pretrial conference.

8. Before commencement of trial, counsel will pre-mark and exchange all exhibits, and provide the Court with two (2) sets thereof.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.