IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E. AARON ENTERPRISES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TABLOID GRAPHIC SERVICES, INC. | : | NO. |

**O R D E R**

      AND NOW, this 3rd day of October, 2002, it is Ordered that the above captioned case is referred to Linda K. Caracappa, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73.

      IT IS FURTHER ORDERED that the Court's scheduling order dated September 19, 2002 is VACATED.

BY THE COURT:

_____
MARY A. McLAUGHLIN,  J.