IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E. AARON ENTERPRISES | : | CIVIL ACTION |
| V. | : | |
| TABLOID GRAPHIC SERVICES, INC. | : | NO. 02-3190 |

**PRE-TRIAL ORDER**

AND NOW, this **10th Day of October, 2002**, after conference with counsel, the following is scheduled:

1. Trial is scheduled for Monday, **December 2, 2002 at 10:00 a.m.** Counsel shall report to chambers [Room 3042, 601 Market Street, Philadelphia , telephone: 267-299-7640] for courtroom assignment.

2. All depositions shall immediately be noticed, scheduled, and **completed by November 15, 2002.**

3. All documents shall be exchanged and other discovery completed by **November 1, 2002.**

4. Counsel shall prepare Pre-Trial Memoranda, in accordance with Local Rule of Civil Procedure 16.1(c) and submit same five (5) days before trial.

5. Before commencement of trial, counsel will pre-mark and exchange all exhibits, and provide the Court with two (2) sets.

6. No further pre-trial conference will be held unless requested by either party.

BY THE COURT:

_____
Linda K. Caracappa, J.

Mailed: 10/10/02: David Stern, Esquire
        : Gregory Marcheseni, Esquire